ALEXANDER (ZANDER) BLEWETT, III
JOSEPH P. COSGROVE
HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT  59403-2807
Telephone: (406) 761-1960
Fax: (406) 761-7186

Attorneys for Plaintiff

2009 JUN 22 PM 10 58

FILED
BY _____ KP
       DEPUTY

MONTANA EIGHTEENTH JUDICIAL DISTRICT COURT, GALLATIN COUNTY

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| DARRELL E. BOWMAN, | Cause No. DV-09-574 A |
| Plaintiff, | Hon. Judge Holly Brown |
| v. | **COMPLAINT AND JURY DEMAND** |
| PATROL HELICOPTERS, INC., | (1) Summons Issued |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * *

COMES NOW the above-named Plaintiff, and complains and alleges as follows:

1.  Plaintiff, Darrell E. Bowman, at all times material herein, resided in Bozeman, Gallatin County, Montana.

2.  Defendant, Patrol Helicopters, Inc., is a Colorado Corporation, with its principal place of business located in the state of Colorado. At all times material herein, Defendant was performing work within the state of Montana, through its agents and employees, including its employee, Daniel Patrick Lyons.

3.  At all times relevant herein, Daniel Patrick Lyons was an employee of Defendant, acting within the course and scope of his employment with Defendant.

4.  On July 16, 2006, Daniel Patrick Lyons, while working within the course and scope of his employment with Defendant, negligently operated a motor vehicle on U.S. Highway 89 in Park County, Montana, causing a collision with the vehicle being operated by Plaintiff. As //

1  a direct and proximate result of the negligent operation of the vehicle by Daniel Patrick Lyons,
2  Plaintiff was seriously injured.
3       5.    Since Daniel Patrick Lyons was working within the course and scope of his
4  employment with Defendant, Defendant is vicariously liable for all personal injury damages to
5  Plaintiff caused by the collision identified above, the extent of which damages will be proven at
6  the time of trial.
7       WHEREFORE, Plaintiff prays for judgment against Defendant as follows:
8       a)    For all of the damages to which he is entitled under Montana law, including, but
9  not limited to, his past and future medical costs; past and future economic losses; past and future
10 physical and emotional pain and suffering; past and future emotional distress; and, past and
11 future loss of established course of life, the amount of which will be proven at the time of trial;
12      b)    For all of Plaintiff's costs incurred herein; and,
13      c)    For any other damages permitted to be awarded to Plaintiff under Montana law
14 and for such other relief as the Court deems just under the circumstances.
15      DATED this 19th day of June, 2009.

HOYT & BLEWETT PLLC

_____
Alexander (Zander) Blewett, III
Joseph P. Cosgrove
Attorneys for Plaintiff

**JURY DEMAND**

Plaintiff demands that all issues be tried before a jury.
DATED this 19th day of June, 2009.

HOYT & BLEWETT PLLC

_____
Alexander (Zander) Blewett, III
Joseph P. Cosgrove
Attorneys for Plaintiff